**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **Criminal No. 3:20-07** |
| | ) | |
| AMBER GALLAHER | ) | |

**ORDER**

The United States Probation Office filed a "Report of Status of Person Under Supervision with Respect to Early Termination, Pursuant to Guide to Judiciary Policy, Vol. 8E, Ch. 3," recommending that the Court grant early termination of Defendant Amber Gallaher's Supervised Release. ECF No. 2770. The government filed a Response to the Probation Office's Report. ECF No. 2781. The government conducted an evaluation of the relevant factors set forth in U.S.S.G. § 5D1.4, comment n.1(B), and concluded that such indicates that early termination in this case would be in the interest of justice. The government defers to the Court's discretion in making a final determination.

The United States Sentencing Guidelines § 5D1.4(b), in accord with 18 U.S.C. § 3583(e)(1), states that a court may terminate a defendant's remaining term of supervised release "[a]ny time after the expiration of one year of supervised release and after an individualized assessment of the need for ongoing supervision." § 5D1.4(b); *see also* 18 U.S.C. § 3583(e)(1). In making this determination, the Court considers the factors set forth in 18 U.S.C. § 3553(a) as well as the factors set forth in U.S.S.G. § 5D1.4, comment. n.1(B).

Following review of the Probation Office's submission, the government's response, all relevant filings from Ms. Gallaher's criminal case, and Ms. Gallaher's conduct while on supervision, the Court concludes that early termination of Ms. Gallaher's supervised release is

warranted. Ms. Gallaher has been gainfully employed, she has performed well under supervision throughout her term, and she has complied with all conditions of supervision. The Probation Officer reports that Ms. Gallaher's risk level has decreased during her term of supervision and she is currently at the lowest category of supervision. Ms. Gallaher also has strong support from her family and her boyfriend. After considering an individualized assessment, reviewing the factors to be considered for early termination of supervised release, as set forth in 18 U.S.C. § 3583(e)(1), the relevant factors set forth in 18 U.S.C. § 3553(a), and the factors set forth in U.S.S.G. § 5D1.4, comment. n.1(B), the Court concludes that it is in the interest of justice to terminate Ms. Gallaher's supervised release at this time.

Accordingly, the following Order is hereby entered.


AND NOW, this 28th day of May 2026, it is hereby ORDERED, that Amber Gallaher's term of supervised release is terminated.


_s/*Marilyn J. Horan*_
Marilyn J. Horan
United States District Court Judge

2